# Sheet Metal Workers' National Pension Fund

July 17, 2018

Theodore M. Smith
751 Clifford Ct.
Baldwin, NY 11510-4025

Re: SSN ***-**-0439; Local Union #28

Dear Mr. Smith:

We are in receipt of your request for review of your employment from April 1985 through July 1989. After a thorough review of your file we have determined that you are not eligible for additional Pension Credit for the reasons provided below.

Based on your earnings as provided by the U.S. Social Security Administration (copy enclosed) you have earnings with the following employer from 1985 through 1989:

| Employer Name | Year | Annual Earnings |
|---|---|---|
| Brandt-Airflex Corp. | 1985 | $14,757.31 |
| Brandt-Airflex Corp. | 1986 | $15,459.59 |
| Brandt-Airflex Corp. | 1987 | $20,490.71 |
| Brandt-Airflex Corp. | 1988 | $19,804.80 |
| Brandt-Airflex Corp. | 1989 | $1,013.26 |

In order to be eligible for Pension Credit an employee must perform work in Covered Employment. Covered Employment generally consists of employment in a job classification, covered by a Collective Bargaining Agreement ("CBA") which requires the Employer to make NPF contributions for the work performed. In some instances, you could perform work for a Contributing Employer, but not work in a position or classification that requires NPF contributions.

In review of the information provided by you, and confirmed with Local Union #28's Funds Office - we determined that during the period that you were employed with Brandt-Airflex Corp. you were employed as a Production Worker. Fund records show that this was not Covered Employment as this employer was not required to remit NPF contributions on

Sheet Metal Workers' National Pension Fund
8403 Arlington Boulevard Suite 300
Fairfax, VA 22031-4662
www.smwnpf.org, 1-800-231-4622
EIN 52-6112463/Plan No. 001

Production Workers under the terms of the collective bargaining agreement. In light of this information, you are not eligible for Pension Credit during this time period. Your credited service begins in August 1989 when you began working as a Building Trades apprentice with Triple S. Air Systems Inc. in Covered Employment.

Please be advised that we further confirmed with the Local 28 Fund's Office that once a member is assigned a membership number this is the number that they will continue to have as a member of SMART regardless of their job classification.

As requested we have enclosed a copy of your pension file. In prior conversation you were incorrectly advised that you had been identified as a plaintiff in connection with the *EQUAL EMPLOYMENT OPPORTUNITY COMMISION; THE CITY OF NEW YORK et al. vs. LOCAL 638 ETC.; LOCAL 28 OF THE SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION et al., 71 Civ. 2877 (RLC).* However, after further review it was determined that this was in error.

If you have any questions or would like copies of the Plan, Summary Plan Description or the Funding Improvement Plan visit www.smwnpf.org or contact the Fund Office at the toll-free number provided below.

Sincerely,

Jessica Smith
Pension Benefits

enclosures- file

cc: Local Union #28

Sheet Metal Workers' National Pension Fund
8403 Arlington Boulevard Suite 300
Fairfax, VA 22031-4662
www.smwnpf.org, 1-800-231-4622
EIN 52-6112463/Plan No. 001