**EVERSHEDS SUTHERLAND**

**Eversheds Sutherland (US) LLP**
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980

D: 202.383.0184
F: 202.637.3593

nicholaschristakos@eversheds-sutherland.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/11/2026
```

June 9, 2026

**VIA CM/ECF**
The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re:    ***Smith v. Sheet Metal Workers' National Pension Fund, et al.***
       **Case No.: 1:26-cv-00908-MMG**

Dear Judge Garnett:

Defendant Sheet Metal Workers' National Pension Fund (the "Fund") and Defendant Sheet Metal Workers' Local Union No. 28 Funds and Plans Metropolitan New York and Long Island ("Local 28 Funds") jointly submit this letter under Rule I.B.5. of Your Honor's Individual Rules to request an adjournment of (1) the parties' joint pre-conference submissions, currently due June 11, 2026, and (2) the initial pretrial conference, currently scheduled for June 18, 2026. Defendants request that the pre-trial submissions filing deadline be adjourned until 14 days after the resolution of Defendants' pending motions to dismiss, should the case remain as to one or both Defendants, and with the Court to set the initial pretrial conference date thereafter. Counsel for the Fund and the Local 28 Funds conferred with Plaintiff's counsel, who consents to this request.

The parties have also conferred and agreed on a revised briefing schedule for Plaintiff's oppositions to the motions to dismiss. Plaintiff's oppositions are currently due Friday, June 19, 2026, and Defendants' replies are currently due Friday, June 26, 2026. The parties respectfully request a two-week extension of both deadlines, so that Plaintiff's oppositions would be due Thursday, July 2, 2026, and Defendants' replies would be due Friday, July 24, 2026.

This is the parties' first request for such relief.

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland.  For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

EVERSHEDS
SUTHERLAND

Thank you in advance for your consideration of this matter.

Sincerely,

/s/ Nicholas T. Christakos

**Nicholas T. Christakos (pro hac vice)**
**Francis X. Nolan, IV**
**Amy R. Albanese**
EVERSHEDS SUTHERLAND (US) LLP
*Counsel for Defendant Sheet Metal Workers'*
*National Pension Fund*

/s/ Conor A. Carman

**Conor A. Carman**
COLLERAN, O'HARA & MILLS LLP
*Counsel for Defendant Sheet Metal Workers'*
*Local Union No. 28 and Plans Metropolitan New*
*York and Long Island*

cc: All counsel of record (via CM/ECF)

GRANTED. The deadline for Plaintiff to oppose Defendants' motions to dismiss is hereby EXTENDED to **July 2, 2026**. The deadline for Defendants to file their reply briefs is hereby EXTENDED to **July 24, 2026**. The Initial Pre-trial Conference and associated filing deadlines are adjourned *sine die*. If the motions to dismiss are denied, in whole or in part, the Court will set an appropriate schedule at that time.

SO ORDERED. Dated June 11, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE