USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/01/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODORE SMITH,

                    Plaintiff,

          -against-

SHEET METAL WORKERS NATIONAL
PENSION FUND, et al.,

                    Defendants.

26-CV-00908 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

In light of Plaintiff's filing of an Amended Complaint, *see* Dkt. No. 30, Defendant Sheet Metal Workers Local Union No. 28 Funds And Plans Metropolitan New York And Long Island's motion to dismiss at Dkt. No. 23 and Defendant Sheet Metal Workers National Pension Fund's motion to dismiss at Dkt. No. 25 are hereby DENIED as moot without prejudice to renewal.

Pursuant to the Court's Individual Rule II(B)(6), by no later than **July 13, 2026**, Defendants must (1) answer the Amended Complaint; (2) file a new or supplemental motion to dismiss; or (3) submit a letter on ECF stating that they rely on the previously filed motion to dismiss and proposing a briefing schedule for the motion, preferably on consent. If Defendants choose to file a supplemental motion to dismiss, it must be filed using the Motion to Dismiss ECF filing event and may incorporate by reference any portions of the briefing, declarations, or exhibits filed with their original motions to dismiss. Any such supplemental briefing may not exceed five double-spaced pages. If Defendants choose to file a new or supplemental motion to dismiss in response to the amended complaint, Plaintiff may not file a second amended complaint without prior leave of Court.

Plaintiff's letter motion for an extension of the briefing schedule concerning the motions to dismiss, Dkt. No. 32, is DENIED as moot.

          SO ORDERED.

Dated: July 1, 2026
          New York, New York

_____
MARGARET M. GARNETT
United States District Judge